UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-465-T-17SPF

STEVEN PAUL BURCH

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's motion for a Preliminary Order of Forfeiture for the defendant's law license.

Being fully advised of the relevant facts, the Court hereby finds that the defendant's law license was used, or intended to be used, to commit, or to facilitate the commission of, his drug conspiracy, to which he pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), the defendant's law license is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry, this order shall become a final order of forfeiture as to the defendant.

CASE NO. 8:16-CR-465-T-17SPF

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 11th day of September, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

2