UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:16-CR-465-T-17SPF

STEVEN PAUL BURCH.

_____/

ORDER

This cause is before the Court on:

Dkt. 317   Motion for Release of Documents by Pretrial Services

Defendant Steven Paul Burch requests an order directing that the Assessment previously completed by TLS Consulting at the request of Pretrial Services be provided to Defendant Burch's counsel to assist Defendant Burch with the enrollment in the recommended 500-hour RDAP Program.

Defendant Burch indicates that the assigned Pretrial Services officer has indicated that a Court Order is required for the release of the Assessment.

After consideration, the Court grants Defendant Steven Paul Burch's Motion for Release of Documents by Pretrial Services. Accordingly, it is

**ORDERED** that Defendant Steven Paul Burch's Motion for Release of Documents by Pretrial Services (Dkt. 317) is **granted**; Pretrial Services **shall provide** the Assessment of TLS Consulting to Defendant Burch's counsel.

Case No. 8:16-CR-465-T-17SPF

**DONE and ORDERED** in Chambers in Tampa, Florida on this 26th day of December, 2018.



ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All parties and counsel of record

Jennifer Medrano
U.S. Pretrial Services
2110 First Street
Room 2-138
Fort Myers, FL    33901-3086